UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **ROBERT RAMOS,** <br> an individual, <br><br> PLAINTIFF, <br> v. <br><br> **RETAIL VENTURES THREE LLC,** <br> a limited liability company, <br><br> DEFENDANT. | * <br> * <br> * <br> * <br> * <br> * Case No. 5:22-cv-173 <br> * <br> * <br> * <br> * <br> * |

## NOTICE OF SETTLEMENT

Plaintiff Robert Ramos and Defendant, hereby give notice that the parties have reached an agreement for the resolution of this matter and are in the process of completing settlement documents. The parties respectfully request 30 days to file their stipulation of dismissal with prejudice.

Dated: September 16, 2022

By: */s/ Duncan Strickland*
Duncan Strickland
Counsel for Plaintiff
State Bar No.: 24072374
13423 Blanco Road
San Antonio, TX 78216
Telephone: (210) 504-7874
Facsimile: (832) 218-4317
E-mail: Duncan@TexasLandLordAttorney.com