# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **ROBERT RAMOS,** <br> **an individual,** <br><br>     **PLAINTIFF,** <br> v. <br><br> **RETAIL VENTURES THREE LLC,** <br> **a limited liability company,** <br><br>     **DEFENDANT.** | \* <br> \* <br> \* <br> \* <br> \* <br> \* Case No. 5:22-cv-173 <br> \* <br> \* <br> \* <br> \* <br> \* |

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 28rd day of September, 2022.

                                            By:*/s/ Duncan Strickland*
                                            Duncan Strickland
                                            Counsel for Plaintiff
                                            State Bar No.: 24072374
                                            13423 Blanco Road, San Antonio, TX 78216
                                            Telephone: (210) 504-7874
                                            E-mail: Duncan@TexasLandLordAttorney.com